UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.C., an individual,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>SAN DIEGO UNIFIED SCHOOL DISTRICT,<br><br>　　　　　　　　　　Defendant. | Case No.: 3:21-cv-19-L-BGS<br><br>**ORDER GRANTING PLAINTIFF'S PETITION TO APPOINT A GUARDIAN AD LITEM [DOC. NO. 9]** |

　　　Pending before the Court is Plaintiff's motion to appoint Linda Clark as guardian ad litem. (Doc. No. 9).

　　　The evidence submitted with the petition indicates Plaintiff lacks the capacity to understand the nature or consequence of the lawsuit. And it shows he is unable to assist counsel in preparation of the case. Federal Rule of Civil Procedure 17(c) therefore applies to Plaintiff. Linda Clark - Plaintiff's mother - is willing and able to serve as guardian ad litem. For these reasons, the Court **GRANTS** the petition to appoint Linda Clark as guardian ad litem for the purposes of this case. *See* Fed. R. Civ. P. 17(c); *Robidoux v. Rosengren*, 638 F.3d 1177, 1181 (9th Cir. 2011); *Davis v. Walker*, 745 F.3d 1303, 1310 (9th Cir. 2014).

     In support of the petition, Plaintiff submitted medical and educational records. After a review of the material, the Court finds there are compelling reasons to seal the exhibits. *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 (1978); *Pintos v. Pac. Creditors Ass'n*, 605 F.3d 665, 677 (9th Cir. 2010) (setting forth standard on sealing judicial records); *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). The petition itself also contains several excerpts from the exhibits.

     The Court therefore sua sponte **DIRECTS** the Clerk to file under seal Doc. No. 9 (including 9-1, 9-2, 9-3, and 9-4).

     **IT IS SO ORDERED.**

Dated:  April 1, 2021

_____
Hon. M. James Lorenz
United States District Judge