UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.C., an individual,<br><br>                        Plaintiff,<br><br>v.<br><br>SAN DIEGO UNIFIED SCHOOL DISTRICT,<br><br>                        Defendant. | Case No.:  3:21-cv-19-L-BGS<br><br>**ORDER ADOPTING REPORT & RECOMMENDATION (ECF 15) AND GRANTING PLAINTIFF'S MOTION TO DISMISS (ECFs 12 & 14).** |

      Pending before the Court is Plaintiff's motion to dismiss and motion to approve settlement. (ECFs 12 and 14).

      On August 17, 2021, Magistrate Judge Bernard G. Skomal issued a Report and Recommendation for an order approving the settlement. (ECF 15). The deadline to file an objection to the Report and Recommendation was August 31, 2021. *Id.*[1] No party filed an objection. (*See* Docket).

---

[1] Defendants have not filed an appearance in this matter. (*See* Docket). Linda Clark is Plaintiff's guardian ad litem. (ECF 10).

1

|   |   |
|---|---|
| 1 | Judge Skomal determined the proposed settlement – $108,500 – is fair and |
| 2 | reasonable. (ECF 15). The settlement provides that Plaintiff shall receive $89,000. *Id*. |
| 3 | Plaintiff's counsel shall receive $19,500 as compensation. *Id*. |
| 4 | The Court reviewed the Report and Recommendation.[2] It is thorough and well- |
| 5 | reasoned. The Court agrees with Judge Skomal's legal and factual determinations. |
| 6 | Therefore, the Court adopts the Report and Recommendation (ECF 15) in full and |
| 7 | incorporates it into this Order. *See* 28 U.S.C. § 636. The settlement is approved. The |
| 8 | Court **GRANTS** Plaintiff's motion to dismiss (ECF 12) and motion to approve settlement |
| 9 | (ECF 14). *See* Fed. R. Civ. P. 17(c); Civ. L. R. 17.1; *Robidoux v. Rosengren*, 638 F.3d |
| 10 | 1177, 1181 (9th Cir. 2011); *Davis v. Walker*, 745 F.3d 1303, 1310 (9th Cir. 2014). |
| 11 | Pursuant to the settlement agreement, this action is **DISMISSED WITH PREJUDICE**. |
| 12 | *See* Fed. R. Civ. P. 41. |
| 13 | **IT IS SO ORDERED**. |
| 14 | Dated: September 3, 2021 |

_____
Hon. M. James Lorenz
United States District Judge

---

[2] Although there is no objection to the Report and Recommendation, the Court conducted a *de novo* review. *See* 28 U.S.C. § 636; *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121-1122 (9th Cir. 2003).